# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Agnes Milbourn,<br><br>              Plaintiff,<br><br>       v.<br><br>City of Phoenix,<br><br>              Defendant. | Case No. 2:16-cv-00172-PHX-SRB<br><br>**ORDER STAYING MATTER PENDING SETTLEMENT** |

Having received and considered the parties' Notice of Tentative Settlement, and good cause having been shown, this matter is stayed for 60 days or until May 22, 2017, unless further time is requested by the parties.